

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 5, 2025

**BY EMAIL**
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **Unsealing of Complaint 25 Mag. 2124**

Dear Judge Reznik:

The Government respectfully requests that Complaint 25 Mag. 2124 (*United States v. Angel Aviles Cruz*) be unsealed. A proposed order to that effect is attached. The undersigned attorney for the Government has spoken with defense counsel, who consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Carmi Schickler
Assistant United States Attorney

cc: Elizabeth Quinn, Esq.

APPLICATION G

Hon. Victoria Rez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNSEALING ORDER** |
| v. | 25 Mag. 2124 |
| ANGEL AVILES CRUZ, | |
| Defendant. | |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Carmi Schickler;

It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    White Plains, New York
          December 5, 2025

_____
HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK